**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joe Roqueni, | No. CV-21-00031-TUC-DCB (EJM) |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

Pursuant to a stipulation by and between Plaintiff and Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), and the Court finding good cause,

**Accordingly,**

**IT IS ORDERED** that the Stipulation to Remand (Doc. 19) is GRANTED and this action is remanded on an open record for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to reevaluate the medical evidence including, but not limited to, all medical source opinion evidence and prior administrative medical findings. The Appeals Council will instruct the ALJ to take further action, as warranted, to complete the administrative record and resolve the above issues.

1 **IT IS FURTHER ORDERED** that the Clerk of the Court shall enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated this 9th day of August, 2021.

_____
Honorable David C. Bury
United States District Judge